```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF FLORIDA
                  TALLAHASSEE DIVISION
```

IN RE:                                CASE NO. 08-40108-TLH4
                                      CHAPTER 13
RICHARD R. BRANDON, SR.


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHASE BANK USA, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385166 in the amount of 23.27 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| RICHARD R. BRANDON, SR.<br>262 PINE RIDGE WAY<br>HAVANA, FL 32333 | CHASE BANK, USA, N.A.<br>CIRCUIT CITY VISA CO-BRAND CLA<br>P.O. BOX 100018<br>KENNESAW, GA 30156 |

AND

J. RANDALL FRIER, ESQ.
1682 METROPOLITAN CIRCLE,
SUITE A
TALLAHASSEE, FL 32308

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/29/2010 11:39 am / CR_213